UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ZBIGNIEW WILCZEK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> HI DESERT WATER TRANSPORT INC., a California Corporation, STEPHEN WILLIAM TUTTLE, an individual, <br><br> Defendants. | Case No.: 5:22-cv-659 JGB(SPx) <br><br> ORDER RE: DISMISSAL |

Upon consideration of the Parties' joint Stipulation to dismiss this case with prejudice, and good cause appearing, **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

**IT SO ORDERED.**
Dated: March 27, 2024

_____
Hon. Jesus G. Bernal
United States District Judge